TURNER, Appellant, v. SWARTHOUT, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by James S. Turner against Jesse Swarthout and another.

PER CURIAM. Judgment of County Court affirmed, with costs, upon the ground that the plaintiff's conduct in furnishing dinners to the

jurors during the progress of the trial was improper.

WILLIAMS, J., concurs in affirmance, but not solely upon the ground stated. STOVER, J., not voting.